No. 88–6055.  STIVERS v. DEPARTMENT OF THE NAVY.  C. A. Fed. Cir.  Certiorari denied.

No. 88–6057.  SMITH v. OFFICE OF DISCIPLINARY COUNSEL. Sup. Ct. Pa.  Certiorari denied.

No. 88–6058.  SGARAGLINO v. STATE FARM FIRE & CASUALTY CO.  C. A. 9th Cir.  Certiorari denied.

No. 88–6061.  SMITH v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.  C. A. 3d Cir. Certiorari denied.

No. 88–6065.  MILLER v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–6067.  GREEN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–6068.  FRIEL v. OWENS, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–6071.  MITCHELL v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 88–6077.  MEZO v. ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 88–6081.  JONES v. CITY OF ST. LOUIS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–6085.  WASHINGTON v. YLST, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 88–6087.  LITTLETON v. ALEXANDER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6089.  LEPISCOPO v. BLACKHURST, JUDGE, DISTRICT COURT OF NEW MEXICO, SECOND JUDICIAL DISTRICT.  Sup. Ct. N. M.  Certiorari denied.

No. 88–6091.  POOL v. ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.